No. 63877.—The Brammer Vee Link Belting, Inc. v. United States, protests 58/12803 and 58/17219 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of iron or steel rivets the same as those the subject of *Brammer Vee Link Belting, Inc.* v. *United States* (40 Cust. Ct. 1, C.D. 1947), the claim of the plaintiff was sustained.

No. 63878.—American Rieter Company, Inc. v. United States, protest 59/18778 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 63879.—National Carloading Corp. and L. D. Ling et al. v. United States, protests 168223–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MARCH 2, 1960

No. 63880.—W. A. Taylor & Co. et al. v. United States, protests 730032–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.